UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARREL C. OLDS,

    v.

JEFF UTTECHT,

        Respondent.

Case No. C11-5046BHS/JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The petitioner in this action is seeking a habeas corpus relief from state convictions and sentences.  He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis, (ECF No. 2), is **GRANTED**.  Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 25th day of January 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1