UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Darrel C. Olds,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Jeff Uttecht,<br><br>　　　　　　　Respondent. | CASE NO. C11-5046BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 31. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　This action is **DISMISSED** with **PREJUDICE**.

(3)　A certificate of appealability is denied.

Dated this 13th day of September, 2011.

　　　　　　　　　　　　　　　　　　／s／ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER