# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARREL C. OLDS

v.

JEFF UTTECHT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5046BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The R&R is **ADOPTED**;

(2) This action is **DISMISSED** with **PREJUDICE**; and

(3) A certificate of appealability is denied.


September 14, 2011                                     WILLIAM M. McCOOL
                                                              Clerk

                                                       *s/CM Gonzalez*
                                                       Deputy Clerk